UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Walter Acuna Cruz, | Case No. 25-cv-1915 (PAM/LIB) |
| Petitioner, | |
| v. | **ORDER** |
| Peter B. Berg, Director, St. Paul Enforcement and Removal Operations, Immigration and Customs Enforcement; Kristi Noem, Secretary, Department of Homeland Security; Pamela Bondi, Attorney General; Matthew Akerson, Captain, Kandiyohi County Jail; and Todd Lyons, Acting Director, Immigration and Customs Enforcement, | |
| Respondents. | |

---

This matter comes before the undersigned United States Magistrate Judge pursuant to a general assignment made in accordance with the provision of 28 U.S.C. § 636, and upon Walter Acuna Cruz's Petition for a writ of habeas corpus, [Docket No. 1], and his Application to proceed in forma pauperis, [Docket No. 2].

Having reviewed Acuna Cruz's Petition and Application, **IT IS HEREBY ORDERED THAT**:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of Walter Acuna Cruz within twenty-one (21) days of this order certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

       a.      Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

       b.      A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims; and

       c.      Respondents' recommendation on whether an evidentiary hearing should be conducted.

3.    If Petitioner intends to file a reply to respondents' answer, Petitioner must do so within fourteen (14) days of the date when the answer is filed. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

4.    Petitioner's application to proceed in forma pauperis, [Docket No. 2], is **GRANTED**.

Dated: May 2, 2025                          s/Leo I. Brisbois
                                                        Hon. Leo I. Brisbois
                                                        United States Magistrate Judge