UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Walter Acuna Cruz,                                                                                 Civ. No. 25-1915 (PAM/LIB)

                Petitioner,

v.                                                                                                          **ORDER**

Peter B. Berg, Kristi Noem,
Pamela Bondi, Matthew Akerson,
and Todd Lyons,

                Respondents.

---

This matter is before the Court on Petitioner Walter Acuna Cruz's Motion to Extend Time to File Notice of Appeal. (Docket No. 15.) Petitioner seeks additional time in which to appeal a recent Order of this Court. (Docket No. 13.)

The Rules of Appellate Procedure provide that a party seeking to appeal in a civil case must file a notice of appeal "within 60 days after entry of the judgment or order appealed from if one of the parties is a United States officer or employee sued in an official capacity." Fed. R. App. P. 4(a)(1)(B)(iii). The Rules further provide that any extension of this time may not "exceed 30 days after the prescribed time or 14 days after the date when the order granting the motion is entered, whichever is later." Id. R. 4(a)(5)(C). Petitioner moved for an extension within 30 days after the time prescribed by Rule 4(a)(5) and has demonstrated the requisite good cause and excusable neglect. Id. R. 4(a)(5)(A).

2

Accordingly, **IT IS HEREBY ORDERED that** Petitioner Walter Acuna Cruz's Motion to Extend Time to File Notice of Appeal (Docket No. 15) is **GRANTED**.

Dated: September 25, 2025

*s/ Paul A. Magnuson*
Paul A. Magnuson
United States District Court Judge